IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MARCELINO BAUTISTA                                               PETITIONER

v.                         Case No. 5:05CV00330 JFF

LARRY NORRIS, Director,
Arkansas Department of
Correction                                                       RESPONDENT

## JUDGMENT

It is Considered, Ordered, and Adjudged that Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 is dismissed with prejudice pursuant to 28 U.S.C. § 2244(d)(1).

IT IS SO ADJUDGED this 7th day of February, 2006.

_____
UNITED STATES MAGISTRATE JUDGE